# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00141-MLB-AJB
## USA v. Davis et al
## Honorable Alan J. Baverman

Minute Sheet for proceedings held In Open Court on 03/08/2019.

| | |
|---|---|
| TIME COURT COMMENCED: 9:35 A.M. | COURT REPORTER: Andy Ashley |
| TIME COURT CONCLUDED: 10:45 A.M. | TAPE NUMBER: FTR Gold |
| TIME IN COURT: 1:10 | DEPUTY CLERK: Lisa Enix |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| DEFENDANT(S): | [1]Terrell Davis Present at proceedings<br>[6]Brenton Mitchell Present at proceedings<br>[9]Bilal Muhummad Present at proceedings |
| ATTORNEY(S) PRESENT: | Derek Jones representing Brenton Mitchell<br>Giles Jones representing Bilal Muhummad<br>Donald Samuel representing Terrell Davis<br>Brian Steel representing Terrell Davis<br>William Traynor representing USA |
| PROCEEDING CATEGORY: | Evidentiary Hearing; |
| MOTIONS RULED ON: | DFT#1-[276]Motion to Suppress Search and Seizure TAKEN UNDER ADVISEMENT. The Government's brief shall be due on April 19, 2019, Defendant's response shall be due on May 10, 2019 andthe Government's reply shall be due on May 17, 2019<br>DFT#6-[242]Motion to Suppress Search and Seizure TAKEN UNDER ADVISEMENT. The Government's brief shall be due on April 19, 2019, Defendant's response shall be due on May 10, 2019 andthe Government's reply shall be due on May 17, 2019<br>DFT#9-[368]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT. The Government's brief shall be due on April 19, 2019, Defendant's response shall be due on May 10, 2019 andthe Government's reply shall be due on May 17, 2019 |
| MINUTE TEXT: | Court concludes that Defendant Muhammad does not have a legitimate expectation of privacy in airplane searched on April 15, 2018, but only as his arrest and search of his person and effects. Witness James Nash with ATF, sworn and testified. Government's Exhibits #1 - 5 Admitted. The evidence is closed and the transcript is directed to be prepared on or before March 29, 2019. |

EXHIBIT STATUS: Exhibits retained by the Court to be forwarded to the Clerks Office.