# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | INDICTMENT NO. : |
| v. | ) | |
| | ) | 1:18-CR-141-MLB-AJB-1 |
| TERRELL DAVIS, | ) | |
| Defendant. | ) | |

## ORDER ON MOTION TO CONTINUE EVIDENTIARY HEARING

Defendant Terrell Davis, by and through counsel, has filed a Motion to Continue the Evidentiary Hearing, which is set for Thursday, October 29, 2020 at 10:00 A.M., on the grounds of needing more time to prepare. [Doc. 698].

The Court finds that the ends of justice are served by granting this continuance and outweigh the best interests of the public and the Defendant in a speedy trial. Therefore, pursuant to Title 18, United States Code, Section 3161 (h)(8)(A) and (B), the Clerk is **DIRECTED** to exclude from computation under the Speedy Trial Act the period of delay caused by granting the continuance.

The evidentiary hearing is **RESCHEDULED** until December 11, 2020, at 10:00 AM, in undersigned's courtroom.

**IT IS SO ORDERED AND DIRECTED**, this the 25th day of October, 2020.

ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE